■ In the Matter of JAMES S., a Person Alleged to be a Juvenile Delinquent, Appellant. [631 NYS2d 691] —Order of disposition, Family Court, New York County (Bruce Kaplan, J.), entered April 30, 1994, which adjudicated respondent a juvenile delinquent upon his admission that he committed acts which, if committed by an adult, would constitute the crime of criminal possession of a controlled substance in the fifth degree, and placed him in a limited secure facility with the Division for Youth for a period of up to 18 months, unanimously affirmed, without costs.

For the reasons stated in *Matter of Deshone C.* (207 AD2d 756, *lv denied* 85 NY2d 801), there is no merit to respondent's contention that the petition was jurisdictionally defective. Placement in a limited secure facility was justified by evidence at the dispositional hearing of a history of truancy and behavioral and emotional problems, and a need for intense supervision and control that makes the home of respondent's relatives an unsuitable alternative (*see, Matter of Frank C.*, 211 AD2d 596). Concur—Rosenberger, J. P., Asch, Williams and Mazzarellli, JJ.

■ LALELI LOPEZ, Appellant, v TIME, INC., et al., Respondents. [632 NYS2d 65] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered April 27, 1994, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

Defendant's rescission of its oral agreement to pay severance compensation to plaintiff was justified. The plaintiff purposefully exploited defendant's good will and sympathy through false representations that she wanted to use the money to subsidize a period of rest and absence from career activities. She also concealed the fact, when offered the money, that she had already started working at a new, full-time, career-track job at another magazine, knowing that defendant would not have made the offer had it known of this other employment (*cf., Post v Xerox Corp.*, 163 AD2d 908). Concur—Rosenberger, J. P., Asch, Williams and Mazzarelli, JJ.